IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

ERIKA HILARIO VALENTIN,

    Plaintiff,

v.

TERRY MAYS and SALSON LOGISTICS, INC.,

    Defendants.

_____/

CIVIL DIVISION

CASE NO.:



## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **ERIKA HILARIO VALENTIN,** by and through the undersigned counsel, sues the Defendants, **TERRY MAYS** and **SALSON LOGISTICS, INC.** and alleges:

### ALLEGATIONS COMMON TO ALL COUNTS

1. That this is an action for damages in excess of Seventy Six Thousand Dollars ($76,000.00) and within the jurisdictional limits of this Court.

2. At all times material hereto, the Plaintiff, **ERIKA HILARIO VALENTIN,** was and is a resident of Polk County, Florida and was otherwise *sui juris*.

3. At all times material hereto, the Defendant, **TERRY MAYS,** was and is a resident of Ellenwood, New Jersey and is otherwise *sui juris*.

4. At all times material hereto, Defendant **SALSON LOGISTICS, INC.,** was a foreign corporation, licensed in Newark, NJ and doing business in Polk County, Florida.

5. That at all times material hereto, and specifically on or about May 22, 2019, the Defendant, **SALSON LOGISTICS, INC.,** or a subsidiary was the registered owner of a FRHT 2013, bearing tag number AP897E and VIN number 1FUJGLDR7DLFD5901, which was operated

by Defendant, **TERRY MAYS,** at or near the intersection of SR 25 (Highway 27) & Sanders Rd, in Haines City, County, Florida.

6. That all times material hereto, Defendant, **TERRY MAYS**, was an employee of Defendant, **SALSON LOGISTICS, INC.**, and at all times material hereto was acting within the course and scope of his employment with **SALSON LOGISTICS, INC.**

7. Venue is proper in this County in that all of the acts complained of herein occurred in Polk County, Florida.

## COUNT I - NEGLIGENCE CLAIM AGAINST DEFENDANT, TERRY MAYS

8. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 7 as if fully set forth herein.

9. At all times material herein, Defendant, **TERRY MAYS**, had a duty to operate and/or maintain the motor vehicle he was driving in a safe and reasonable manner and to keep control of the vehicle so as to prevent the vehicle from colliding with any other vehicles or pedestrians.

10. On or about May 22, 2019, Defendant, **TERRY MAYS**, negligently operated or maintained the motor vehicle he was driving so that it collided with the motor vehicle that Plaintiff, **ERIKA HILARIO VALENTIN** was operating.

11. As a direct and proximate result of the negligence of Defendant, **TERRY MAYS**, Plaintiff, **ERIKA HILARIO VALENTIN**, sustained serious bodily injury that is permanent within a reasonable degree of medical probability, along with resulting pain and suffering; disability; physical impairment; disfigurement; mental anguish; inconvenience; loss of capacity for the enjoyment of life; expense of hospitalization; medical and nursing care and treatment; loss of earnings; loss of ability to earn money; and/or aggravation of a previously existing condition.

These losses are either permanent or continuing and Plaintiff, **ERIKA HILARIO VALENTIN**, will suffer these losses in the future.

WHEREFORE, the Plaintiff, **ERIKA HILARIO VALENTIN**, respectfully demands judgment against Defendant, **TERRY MAYS,** for damages, costs, and interest and all other relief this Court deems just and appropriate.

### COUNT II - VICARIOUS LIABILITY OF DEFENDANT, SALSON LOGISTICS, INC.

12. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 7 as if fully set forth herein.

13. At all times material hereto, Defendant, **TERRY MAYS**, had a duty to operate and/or maintain the vehicle he was driving in a safe and reasonable manner and to keep control of the vehicle so as to prevent the vehicle from colliding with any other vehicles or pedestrians.

14. Despite that duty, on or about May 22, 2019, Defendant, **TERRY MAYS**, negligently operated and/or maintained the motor vehicle she was driving so that it collided with the motor vehicle that Plaintiff, **ERIKA HILARIO VALENTIN**, was operating.

15. At all times material hereto, and specifically on or about May 22, 2019, the Defendant, **TERRY MAYS**, was an employee, agent and/or servant of Defendant, **SALSON LOGISTICS, INC.**, and was acting within the course and scope of his employment and/or agency with Defendant, **SALSON LOGISTICS, INC.**

16. Defendant, **SALSON LOGISTICS, INC.**, is vicariously liable for the negligent acts and/or omissions of the Defendant, **TERRY MAYS**, under the doctrine of respondeat superior and/or agency.

17. As a direct and proximate result of the negligence of Defendant, **TERRY MAYS**, and the resulting vicarious liability of Defendant, **SALSON LOGISTICS, INC.**, Plaintiff,

**ERIKA HILARIO VALENTIN**, sustained serious bodily injury that is permanent within a reasonable degree of medical probability, along with resulting pain and suffering; disability; physical impairment; disfigurement; mental anguish; inconvenience; loss of capacity for the enjoyment of life; expense of hospitalization; medical and nursing care and treatment; loss of earnings; loss of ability to earn money; and/or aggravation of a previously existing condition. These losses are either permanent or continuing and Plaintiff, **ERIKA HILARIO VALENTIN**, will suffer these losses in the future.

WHEREFORE, the Plaintiff, **ERIKA HILARIO VALENTIN**, respectfully demands judgment against Defendant, **SALSON LOGISTICS, INC.**, for damages, costs, and interest and all other relief this Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **ERIKA HILARIO VALENTIN**, further demands a trial by jury on all issues so triable as of right by jury.

Dated: October 14, 2020.

                                          **RUBENSTEIN LAW, P.A.**
                                          Attorneys for Plaintiff
                                          200 South Orange Avenue, Suite 2000
                                          Orlando, FL 32801
                                          Tel: (407) 269-8560
                                          Fax: (407) 392-0396
                                          Email: rcastillo@rubensteinlaw.com
                                                              mdavila@rubensteinlaw.com
                                                              eservice@rubensteinlaw.com

                                    By:  /s/ *Ramon Castillo*
                                          **RAMON CASTILLO**
                                          Florida Bar No.: 22404